UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-586-T-30MAP

BEAU DIAMOND

**FORFEITURE MONEY JUDGMENT**

Before the Court is the United States' Motion for a Forfeiture Money Judgment (Doc. 122) against defendant Beau Diamond, which at sentencing, shall become a final order of forfeiture as to the defendant. Being fully advised in the premises, the Court hereby finds that the defendant obtained $37,744,000.00 in proceeds as a result of the wire fraud and mail fraud scheme as alleged in Counts One through Ten of the Indictment, in violation of 18 U.S.C. §§ 1343 and 1341, and for which the defendant was convicted by a Jury. The Court further finds that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is entitled to a forfeiture money judgment in that amount, representing the proceeds of the scheme. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Doc. 122) is GRANTED. It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), defendant Beau Diamond is personally liable to the United States of America for a forfeiture money judgment in the amount of $37,744,000.00.

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek as a substitute asset, pursuant to 21 U.S.C. § 853(p) [incorporated under the provisions of 28 U.S.C. § 2461(c)], in satisfaction of such money judgment.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cr-586.forfeit 122.wpd